IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASILDO MERCED, MELA MILAGROS MERCED, AND SHEILA DOCTOR,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANK UNITED, FSB (Bank United Financial Services, Inc) a Corporation, POPULAR MORTGAGE SERVICING, INC a Corporation, E-LOAN, INC. a Corporation, BANK OF AMERICA, FSB. A Corporation, ROBERT E WEISS, a California Corporation, Trustee and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware Corporation And DOES 1 – 100, Inclusive,<br><br>        Defendants.<br>_____ | 2:10-cv-03393-GEB-JFM<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

        The Joint Stipulation Requesting Continuance of Mandatory Scheduling Conference filed April 11, 2011, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for April 25, 2011, is continued to June 27, 2011, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

        Further, Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served within the 120 day period prescribed in this Rule may be dismissed as a

1  defendant in this action unless Plaintiffs provide proof of service or
2  "show[] good cause for the failure" to serve within this prescribed
3  period in a filing due no later than 4:00 p.m. on April 22, 2011.
4       IT IS SO ORDERED.
5  Dated: April 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge